```
                                                              FILED
                                                              9/19/17 11:00 am
                                                              CLERK
                                                              U.S. BANKRUPTCY
                                                              COURT - WDPA
```

**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Dawn A. Lersch<br>　　　　　　Debtor(s) | BK. NO. 17-21987 GLT |
| INTERCAP LENDING,<br>　　　　　　Movant<br>　　v.<br>Dawn A. Lersch<br>　　　　　　Respondent(s)<br>　　　　　and<br>Robert Shearer, Trustee<br>　　　　　　Additional Respondent | CHAPTER 7<br><br>Related to Docket No. 21 |

### DEFAULT ORDER ON MOTION FOR RELIEF FROM THE AUTOMATIC STAY

　　This **19th Day of September, 2017**, upon default, no timely response objecting to the Motion having been filed by an interested party, and upon Movant's Certification of Service and Certification of No Objection, it is

　　**ORDERED** that the above-captioned Motion is granted insofar as it requests relief from the Automatic Stay imposed by 11 U.S.C. Section 362 with respect to premises, 318 Jackson Road, Pittsburgh, PA 15239. The stay provided pursuant to Bankruptcy Rule 4001(a)(3) is hereby waived.

　　Movant shall, within five (5) days hereof, serve a copy of the within Order on parties in interest (unless they are otherwise served) and file a certificate of Service.

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge

James C. Warmbrodt, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106
Phone: 412-430-3594
jwarmbrodt@kmllawgroup.com
Attorney for Movant/Applicant

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                          Case No. 17-21987-GLT
Dawn A. Lersch                                                  Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2          User: mgut              Page 1 of 1           Date Rcvd: Sep 19, 2017
                              Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 21, 2017.
db             +Dawn A. Lersch,    318 Jackson Road,    Pittsburgh, PA 15239-1416

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 21, 2017                                 Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 19, 2017 at the address(es) listed below:
              James Warmbrodt    on behalf of Creditor    INTERCAP LENDING bkgroup@kmllawgroup.com
              Kenneth Steidl    on behalf of Debtor Dawn A. Lersch julie.steidl@steidl-steinberg.com,
               ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;leslie.
               nebel@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@steidl-steinberg.com;jbarlow@steidl-st
               einberg.com;r53037@no
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
              Robert Shearer    information@robertshearer.com,    rshearer@ecf.epiqsystems.com;rspclaw@gmail.com
              Robert Shearer    on behalf of Trustee Robert  Shearer information@robertshearer.com,
               rshearer@ecf.epiqsystems.com;rspclaw@gmail.com
              S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
               srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
                                                                                             TOTAL: 7